UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 14-CR-207 |
| VS. | JUDGE MINALDI |
| FRANKIE MALDONADO | MAGISTRATE JUDGE KAY |

MOTION TO CONTINUE TRIAL DATE

NOW INTO COURT, through undersigned counsel, comes defendant, Frankie Maldonado, who respectfully represents the following:

1.

Trial is set for December 5, 2016.

2.

Counsel for Mr. Maldonado was asked to file this Motion by the defendant. The defendant contends that he has asked both of his previous lawyers to retain independent experts to "dump" the electronic contents of the cell phone that was seized by law enforcement on or about July 27, 2014. The defendant contends that neither of his previous lawyers agreed to his request.

3.

The defendant is making the request again. However, the trial is set for less than one week away. The defendant made this request to counsel on November, 29, 2016.

4.

In support of his request, the defendant contends that text messages exchanged between himself and the alleged victim, CE are missing from discovery.

5.

Counsel has no independent knowledge of the existence or absence of these text messages, but according to the defendant, the text messages may indicate a reluctance to come into contact with the alleged victim on July 27, 2014.

6.

Counsel has come to understand that this issue was raised previously with Magistrate Kay by Mr. Maldonado's previous lawyer, Mr. Wayne Blanchard.

7.

It is also counsel's understanding the Magistrate Kay did not compel Mr. Blanchard to comply with Mr. Maldonado's request.

8.

Counsel is unaware of what, if anything, as to the issue, may have been hashed out with Mr. Maldonado's other previous lawyer, Frank Granger.

9.

It would be impossible for Counsel to comply with the defendant's request unless this Court granted a short continuance.

10.

Even if the Court granted the defendant's request for a continuance, Counsel is not in a position to represent to this Court what, if anything, may be discovered, if such an independent examination of his cell phone were to occur.

11.

In the interest of fairness, it would seem prudent to grant the defendant's request so that an independent examination of the cell phone may be conducted.

12.

Counsel for the United States objects to this request for continuance and has represented to defense counsel that each and every bit of electronic information recovered from Mr. Maldonado's cell phone has been turned over to the defense in discovery AND that another defense continuance would be burden upon the alleged victim.

WHEREFORE, the defendant, Frankie Maldonado, respectfully requests that the December 5, 2016 trial date be continued and reset by the Court.

Respectfully submitted:

RANDAL P. McCANN
(A Professional Law Corp.)

November 30, 2016

BY: *s/Randal P. McCann*
    Bar Roll Number 20946
    1005 Lafayette St.
    Lafayette, LA 70501
    Tel: 337-654-9804

Counsel for FRANKIE MALDONADO

## CERTIFICATE

I certify that a copy of the foregoing pleading has been filed into the electronic filing system of the Western District of Louisiana on November 30, 2016.

*s/Randal P. McCann*