# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:14-CR-00207-01** |
| **VERSUS** | **JUDGE MINALDI** |
| **FRANKIE MALDONADO (01)** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF COURT:
### Jury trial, 1st day

| | | | |
|---|---|---|---|
| Date: | December 06, 2016 | Presiding: Judge Patricia Minaldi | |
| Court Opened: | 10:40 AM | Courtroom Deputy: | Tina Benoit |
| Court Adjourned: | 11:22 AM | Probation Officer: | |
| Statistical Time: | /42 | Court Reporter: | D D Juranka |
| | | Courtroom: | CR4 |

## APPEARANCES

| | | | |
|---|---|---|---|
| John Luke Walker; Jamilla Bynog | (AUSA) | For | United States of America |
| Randal P McCann | (CJA) | For | Frankie Maldonado (01), Defendant |

## PROCEEDINGS

Jury voir dire began.

An in chambers conference was held.  Court adjourned until December 7, 2017 @ 9:00 A.M.