U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 6 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 2:14-00207(01) |
| VERSUS | JUDGE MINALDI |
| FRANKIE MALDONADO (01) | MAGISTRATE JUDGE KAY |

### ORDER

Exercising my prerogative as Chief Judge, the trial date in this case, scheduled to recommence on December 7, 2016 is CANCELLED. This case is reassigned to the Alexandria Division of this Court. Judge Minaldi is no longer assigned to this case. A new trial date will be fixed by separate order.

Signed at Alexandria, Louisiana, on this \_\_6\_\_ day of December, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT