U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 6 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 2:14-00207(01) |
| VERSUS | JUDGE DRELL |
| FRANKIE MALDONADO (01) | MAGISTRATE JUDGE KAY |

## ORDER

This case is hereby reassigned to the undersigned.

Trial of this matter will recommence in Alexandria, Louisiana on January 3, 2017.

Signed at Alexandria, Louisiana, on this 6th day of December, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT