U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 07 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | NO. 14-CR-207 |
|---|---|
| VS. | JUDGE MINALDI |
| FRANKIE MALDONADO | MAGISTRATE JUDGE KAY |

UPON CONSIDERATION of the MOTION TO CONTINUE TRIAL DATE filed by defendant, Frankie Maldonado; and considering the request by counsel and the defendant that this matter is not currently in a posture to go to trial;

IT IS HEREBY ORDERED that the motion is Granted and that this trial will be reset to a later date.

Executed on the ____7th____ day of December, 2016 in Lake Charles, Louisiana.

_____
District Judge

[Stamped: DENIED AS MOOT]