UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION
Held in Alexandria

**UNITED STAES OF AMERICA**
**VERSUS**
**FRANKIE MALDONADO**

**CRIMINAL NO.   14-CR-00207-01**
**JUDGE DRELL**
**MAGISTRATE JUDGE KAY**

**MINUTES OF COURT**
**(JURY TRIAL)**

Date: January 3, 2017
Court Opened: 9:00 a.m.
Court Adjourned: 5:20 p.m.

Presiding: Judge Drell
Courtroom Deputy: Greta B. Roaix
Court Reporter: Myra Primeaux

**APPEARANCES**
Luke Walker, AUSA & Jamilla Bynog, AUSA, on behalf of United States of America
Randal McCann, CJA, on behalf of the defendant, Frankie Maldonado
Frankie Maldonado, Defendant

**PROCEEDINGS**:

☒  Jury Selection/Jury Trial Day one **(Statistical Time: 07:00)**
☒  Opening Statement - Government
☒  Opening Statement - Defendant
☒  Testimony & evidence for the Government, not concluded

**FILINGS:**

**RULINGS/COMMENTS:**

The case laid over to the following day at 9:00 a.m.