UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION
Held in Alexandria

| | |
|---|---|
| **UNITED STAES OF AMERICA**<br>**VERSUS**<br>**FRANKIE MALDONADO** | **CRIMINAL NO.   14-CR-00207-01**<br>**JUDGE DRELL**<br>**MAGISTRATE JUDGE KAY** |

MINUTES OF COURT
(JURY TRIAL)

| | |
|---|---|
| Date: January 4, 2017<br>Court Opened: 9:00 a.m.<br>Court Adjourned: 7:15 p.m. | Presiding: Judge Drell<br>Courtroom Deputy: Greta B. Roaix<br>Court Reporter: Myra Primeaux |

**APPEARANCES**
Luke Walker, AUSA, & Jamilla Bynog, AUSA, on behalf of United States of America
Randal McCann, CJA, on behalf of Frankie Maldonado
Frankie Maldonado, Defendant

**PROCEEDINGS**:

☒ Jury Trial Day two (**Statistical Time:** 07:30)
☒ Testimony & evidence for the Government, concluded
☒ Testimony & evidence for the defendant, concluded
☒ Government Closing Argument
☒ Defendant Closing Argument
☒ Jury Charged
☒ Jury Deliberations Began 5:43 p.m.
☒ Jury Verdict returned 7:05 p.m.
☒ Jury Verdict of guilty of count(s) one, two & three
☒ Jury Polled

**FILINGS:**   Witness List
Exhibit List
Order
Jury Note
Jury Verdict

**RULINGS/COMMENTS:**

O**ral motion** by the defendant for Rule 29 for acquittal of charge, **DENIED.**

The Court **ORDERED** that the Clerk of Court provide the jury with a meal.

The sentencing is hereby set for **March 24, 2017 at 2:45 p.m.**   The Court Ordered Counsel to submit any pre-sentence memorandum 15 days prior to sentencing, and any response to the other's memorandum to be submitted within 5 days of receipt of the original brief. These briefs must be filed under seal with a confidential copy submitted directly to the Probation Office and to the Court. Filing this memorandum does not relieve the parties of the obligation of providing the Probation officer with written objections to the pre-sentence report within 14 days from day of disclosure.